IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

FILED AUG10'26PM4:51 MDGA-MAC

UNITED STATES OF AMERICA

v.

JOHNNY RAY TURNER

NO. 5:26-CR-11-001(MTT)

**ORDER**

On July 9, 2026, Johnny Ray Turner appeared before the Court for the purpose of sentencing after pleading guilty to the offense of Escape from Federal Custody in violation of 18 U.S.C. § 751(a). During the sentencing hearing, Turner agreed to enter inpatient mental health treatment at Clarvida Mental Health and Addictive Disease Services in Columbus, Georgia. The sentencing hearing was continued to allow defense counsel and the U.S. Probation Office an opportunity to ascertain additional information regarding Turner's placement in an inpatient mental health facility.

Further investigation revealed Turner would not be accepted into Clarvida Mental Health and Addictive Disease Services due to one of Turner's prescribed medications. Additionally, the facility did not have available space for Turner at this time. On July 31, 2026, the U.S. Probation Office confirmed Turner was eligible to enter the Adult and Teen Challenge facility in Dublin, Georgia.

For good and sufficient cause made known to the Court, it is ordered that Johnny Ray Turner remain in the custody of the United States Marshals Service to be transported and released to the Adult and Teen Challenge facility, 3729 US-441 South, Dublin, Georgia, to begin inpatient mental health and substance abuse treatment services on August 10, 2026.

The Government and Federal Defender's Office have been notified and offered no objections.

SO ORDERED this 10 day of August, 2026.

HONORABLE MARC T. TREADWELL
UNITED STATES DISTRICT JUDGE